# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | **CASE NUMBER:** |
| v. | ) ) | **2:19-cv-00540-WKW-JTA** |
| GARY SMITHERMAN, and S.L., as parent and next-of-friend of Minor Child S.G. | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

COMES NOW Margaret C. Philips, one of the attorneys of record for the Plaintiff The Travelers Home and Marine Insurance Company in the above-referenced matter, and files this Motion to Withdraw as counsel of record. This Plaintiff will continue to be represented by Joel S. Isenberg and Candace H. Newton with the law firm of Ely & Isenberg, LLC. Therefore, no party will be prejudiced with this withdrawal.

WHEREFORE, PREMISES CONSIDERED, Margaret C. Philips respectfully requests that she be permitted to withdraw as counsel of record for Plaintiff The Travelers Home and Marine Insurance Company.

Respectfully submitted,

 s/ Margaret C. Philips
Margaret C. Philips (ASB-1192-R78P)
Attorney for Plaintiff The Travelers Home and Marine Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway
Suite 380
Birmingham, Alabama 35209
Phone: (205) 313-1200
Fax: (205) 313-1201
mphilips@elylawllc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via CM/ECF electronic filing system and/or U.S. Mail on this the 4th day of November, 2020.

Jamie A. Johnston
Jamie A. Johnston, P.C.
509 Cloverdale Road, Suite 101
Montgomery, AL 36106
jamie@jjohnstonpc.com

Joshua C. Stemle
Stokes Stemle, LLC
445 Dexter Avenue
Suite 4050
Montgomery, AL 36104
jstemle@stokesstemle.com

 s/ Margaret C. Philips
**OF COUNSEL**